UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14 B 05964 |
| | CHAPTER 13 |
| Ronald Johnson | |
| Joyce Thomas | JUDGE CAROL A DOYLE |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORGAGE SERV

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 20 | XXXXXX0209 | $12,783.83 | $12,783.83 | $12,783.83 |
| Total Amount Paid by Trustee | | | | | $12,783.83 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit           **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-05964-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 1st day of May, 2018.

Debtor:
Ronald Johnson
Joyce Thomas
523 S Plymouth Ct #203
Chicago, IL 60605

Attorney:
JOSEPH WROBEL
1954 FIRST ST #206
HIGHLAND PARK, IL 60035
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORGAGE SERV
PO BOX 3730
ANAHEIM, CA 92806

Mortgage Creditor:
Peterson Lofts Condo Assoc.
c/o Arnstein & Lehr, LLP
120 S. Riverside Plaza #1200
Chicago, IL 60606

Mortgage Creditor:
BANK OF AMERICA
% PIERCE & ASSOC
1 N DEARBORN #1300
CHICAGO, IL 60602

Creditor:
CARRINGTON MORTGAGE SE
1600 S DOUGLASS RD #2
ANAHEIM, CA 92806

Mortgage Creditor:
CARRINGTON MORTGAGE
SERVICES LLC
% PROBER & RAPHAEL LAW CORP
20750 VENTURA BOULEVARD #100
WOODLAND HILLS, CA 91364

ELECTRONIC SERVICE - United States Trustee

Date: May 01, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603